FILED

02/05/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0633

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 23-0633

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

DAVID RAY SCHULTZ,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing, IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including February 16, 2024, within which to prepare, file, and serve Appellant's opening brief on appeal.

Dated this ____ day of February, 2024.

_____
Supreme Court Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 5 2024